IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ENDA DIRRANE,

                            Plaintiffs,

    - against -
120 BROADWAY, LLC, 120 BROADWAY HOLDING,
LLC, 120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC, 90 CHURCH STREET
LIMITED PARTNERSHIP AND  BOSTON PROPERTIES,
INC.,

                            Defendants.

**AFFIDAVIT OF
PERSONAL SERVICE**

**DOCKET NO.**
07- CIV- 8723

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx
County in the State of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT
Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011,
deponent served the within copy of the Summons and Complaint upon 120 Broadway
Holding, LLC. by delivering thereat a true copy of same to Nora Dindyal, Process
Specialist, an individual of suitable age and discretion.  Deponent describes person served
as aforesaid to the best of deponent's ability at the time and circumstances of service as
follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height
approx. 5'2"-5'5"**

                            _Stephanie Lopez_
                            Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
    Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___