UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ENDA DIRRANE,

                Plaintiffs,

- against -

120 BROADWAY, LLC, 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC, 90 CHURCH STREET LIMITED PARTNERSHIP AND BOSTON PROPERTIES, INC.,

                Defendants.

AFFIDAVIT OF PERSONAL SERVICE

DOCKET NO.
07- CIV- 8723

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 8th day of January, 2008 at approximately 10: 06 a.m. at 7 World Trade Center, 250 Greenwich Street 38th Fl., New York, New York 10007 deponent served the within copy of the Summons and Complaint upon Silverstein Properties, Inc. by delivering thereat a true copy of same to Cliff Schwartz, treasurer, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male White, White skin, frosted hair, approx. 50-55, height approx. 5'6"-6'**

                                              Stephanie Lopez

Sworn to before me this
8th day of January, 2008

Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 2009